NO. 07-02-0028-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

APRIL 9, 2002

_____


STEVEN MORSE, APPELLANT

V.

TEXAS DEPARTMENT OF PUBLIC SAFETY, APPELLEE


_____

FROM THE COUNTY COURT AT LAW #2 OF MONTGOMERY COUNTY;

NO. 01-15,854; HONORABLE JERRY WINFREE, JUDGE

_____

Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

Appellant Steven Morse filed a Motion to Dismiss Appeal on April 8, 2002, averring that he no longer wishes to prosecute his appeal. The Motion to Dismiss is signed by both appellant and his attorney.

Without passing on the merits of the case, appellant's motion for voluntary dismissal is granted and the appeal is hereby dismissed. Tex. R. App. P. 42.2. Having dismissed

the appeal at appellant's personal request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Phil Johnson
Justice

Do not publish.